# Court of Appeals
# of the State of Georgia

ATLANTA,  December 29, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0055. KEBE v. KEBE.**

Acting pro se, Moustapha Kebe has filed an Emergency Motion to Stay Proceedings Pending Appeal regarding the trial court's order finding Kebe in contempt. However, Kebe's notice of appeal has divested the trial court of jurisdiction to act with respect to that order. *Rollins v. Rollins*, 300 Ga. 485, 486-489 (1) (796 SE2d 721) (2017). Kebe's motion is thus hereby DENIED as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/29/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*